**STATE of Missouri, Respondent,**

v.

**Willard R. WRIGHT, Appellant.**

**No. WD 34388.**

Missouri Court of Appeals,
Western District.

Feb. 28, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied May 1, 1984.

Application to Transfer Denied
June 19, 1984.

John Edward Cash, Kansas City, for appellant.

Diane Garber, Pros. Atty., Robert R. Sterner, Asst. Pros. Atty., Fulton, for respondent.

Before SHANGLER, P.J., and KENNEDY and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from judgment of the Circuit Court of Callaway County, of conviction of unlawful use [Possession] of a weapon while intoxicated, Section 571.030.1(5), RSMo Supp.1983, and assault in the third degree, Section 565.070, RSMo 1978, and sentence to a $500.00 fine for the unlawful use of a weapon and to fifteen days in jail and a $200 fine for the assault.

Affirmed. Rule 30.25(b).